■ In the Matter of ALICE P., a Person Alleged to be in Need of Supervision, Appellant. NIAGARA COUNTY ATTORNEY, Respondent. [678 NYS2d 759] —Appeal unanimously dismissed without costs. Memorandum: The challenge to the order directing respondent's placement with the Niagara County Department of Social Services became moot when the 18-month period of placement expired on September 25, 1998. The appeal, therefore, is dismissed (*see, Matter of Gerald H.*, 158 AD2d 599, 600; *see also, Matter of Brian R.*, 197 AD2d 870). (Appeal from Order of Niagara County Family Court, Crapsi, J.—Person In Need of Supervision.) Present—Green, J. P., Wisner, Pigott, Jr., Balio and Boehm, JJ.